IN RE: Sheikha Lateefah ALSABAH, Appellant

2016-1788

United States Court of Appeals, Federal Circuit.

February 27, 2017

DAVID E. DOUGHERTY, Hauptman Ham, LLP, Alexandria, VA, argued for appellant. Also represented by SEAN A. PASSINO, AMIR H. BEHNIA, MARTIN JAMES COSENZA, II.

BENJAMIN T. HICKMAN, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, argued for appellee Michelle K. Lee. Also represented by NATHAN K. KELLEY, THOMAS W. KRAUSE, MONICA BARNES LATEEF.

(Newman, Mayer, and O'Malley, Circuit Judges).

**JUDGMENT**

Per Curiam

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**